■ In the Matter of LUCILLE WASHINGTON, Individually, and on Behalf of Her Four Minor Children, Petitioner, v JOSEPH D'ELIA, as Commissioner of the Nassau County Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78, as limited by a stipulation of the parties dated November 19, 1979, to review so much of a determination of the respondent State Commissioner of Social Services, dated December 27, 1978 and made after a statutory fair hearing, as affirmed the local agency's refusal to consider the earned income exclusion of 18 NYCRR 352.20 when determining how much to reduce the benefits to petitioner's four children. Petition granted, determination annulled insofar as reviewed, on the law, without costs or disbursements, and respondents are directed to reimburse petitioner in accordance herewith. Petitioner is entitled to the benefit of the earned income exclusion provided in 18 NYCRR 352.20 (cf. *Matter of Cirrana v D'Elia,* 96 Misc 2d 994, affd 70 AD2d 591). Consequently respondents must reimburse petitioner for any lost benefits due to the failure to consider the earned income exclusion. Damiani, J.P., Gibbons, Cohalan and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEVERLY EDWARDS, Appellant. — Two amended judgments of the Supreme Court, Westchester County, both rendered September 29, 1980 (Rubin, J., on the original and amended judgments; Couzens, J., on the decision and order dated September 17, 1980), affirmed. No opinion. Mollen, P.J., Hopkins, Titone and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH FOURNIER, Appellant. — Appeal by defendant (by permission) from an order of the County Court, Westchester County (Martin, J.), dated October 29, 1980, which denied, without a hearing, his motion to set aside his sentence. Case remitted to the County Court, Westchester County, to hear and report on whether the stenographer recorded correctly the defendant's sentence imposed by the court on September 8, 1977 (see *People v Minaya,* 78 AD2d 358). The appeal is held in abeyance in the interim. The County Court is to file its report with all convenient speed. Mollen, P.J., Hopkins, Titone and Weinstein, JJ., concur.

■ In the Matter of JOSEPH FOURNIER, Petitioner, v LAWRENCE N. MARTIN, Respondent. — Proceeding to compel the respondent to vacate the petitioner's sentence imposed September 8, 1977 and to resentence him. Proceeding dismissed. The issues raised herein have been raised by the petitioner on the appeal from the order of the County Court, Westchester County, dated October 29, 1980. Mollen, P.J., Hopkins, Titone and Weinstein, JJ., concur.